AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CITY AND COUNTY OF SAN MATEO, CALIFORNIA <br><br> *Plaintiff(s)* <br><br> v. <br><br> PURDUE PHARMA L.P., et al. <br> (SEE ADDITIONAL DEFENDANTS LISTED ON ATTACHMENT A) <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
ANNE MARIE MURPHY  
COTCHETT, PITRE & McCARTHY, LLP  
840 MALCOLM ROAD, SUITE 200  
BURLINGAME, CA 94010  
TELEPHONE: (650) 697-6000  
FACSIMILE: (650) 697-0577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                        _____
                                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A TO SUMMONS**

| # | Defendant | Address for Service of Process |
|---|---|---|
| 1. | Purdue Pharma L.P. | CSC- Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| 2. | Purdue Pharma Inc. | Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| 3. | Purdue Frederick Company | 1 Stamford Forum<br>201 Tresser Blvd.<br>Stamford, CT 06901-3431 |
| 4. | Purdue Products L.P. | 1 Stamford Forum<br>201 Tresser Blvd.<br>Stamford, CT 06901-3431 |
| 5. | Cephalon Inc. | Corporate Creations Network Inc.<br>15 North Mill Street<br>Nyack, NY 10960 |
| 6. | Teva Pharmaceuticals Industries LTD. | 1090 Horsham Road<br>North Wales. PA 19454 |
| 7. | Teva Pharmaceutical USA, Inc. | Corporate Creations Network, Inc.<br>4640 Admiralty Way, 5th Floor<br>Marina Del Rey, CA 90292 |
| 8. | Endo International PLC | 1400 Atwater Drive<br>Malvern, PA 19355 |
| 9. | Endo Health Solutions, Inc. | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| 10. | Endo Pharmaceuticals Inc. | CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| 11. | Janssen Pharmaceuticals, Inc. | CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |

**ATTACHMENT A TO SUMMONS**

| 12. | Insys Therapeutics, Inc. | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
|---|---|---|
| 13. | Mallinckrodt LLC | CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| 14. | Mallinckrodt PLC | 3 Lotus Park<br>The Causeway<br>Staines-Upon-Thames, Surrey TW18 3AG<br>United Kingdom |
| 15. | Johnson & Johnson | One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933 |
| 16. | Watson Laboratories, Inc. | Corporate Creations Network Inc.<br>4640 Admiralty Way, 5th Floor<br>Marina Del Rey, CA 90292 |
| 17. | Actavis LLC | Corporate Creations Network Inc.<br>3411 Silverside Road Tatnall Building, Ste. 104<br>Wilmington, DE 19810 |
| 18. | Actavis Pharma, Inc. | Corporate Creations Network Inc.<br>4640 Admiralty Way, 5th Floor<br>Marina Del Rey, CA 90292 |
| 19. | Allergan Finance LLC | 5 Giralda Farms<br>Madison, NJ 07940 |
| 20. | Allergen PLC | 5 Giralda Farms<br>Madison, NJ 07940 |
| 21. | Richard Sackler | 5310 N. Ocean Drive, Unit 801<br>Riviera Beach, FL 33404-2568<br>*Palm Beach County* |
| 22. | Kathe Sackler | 15 E. 62nd Street<br>New York, NY 10065-7204<br>*New York County* |
| 23. | Jonathan Sackler | 78 Field Point Circle<br>Greenwich, CT 06830-7072<br>*Fairfield County* |

**ATTACHMENT A TO SUMMONS**

| | | |
|---|---|---|
| 24. | Mortimer D.A. Sackler | 15 E. 62nd Street<br>New York, NY 10065-7204<br>*New York County* |
| 25. | David Sackler | 200 E. 66th Street, Apt. C1603<br>New York, NY 10065-9187<br>*New York County* |
| 26. | Irene Sackler Lefcourt | 146 Central Park W., Apt. 12D<br>New York, NY 10023-7092<br>*New York County* |